Opinion issued February 4, 2010.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01080-CV

———————————

IN RE
ANTHONY E. GILL, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus 



 



 

MEMORANDUM OPINION

On
December 14, 2009, relator Anthony E. Gill, an inmate in the Wayne Scott Unit
of the Texas Department of Criminal Justice, filed a petition for writ of
mandamus[1]
in this Court seeking an order
compelling the Honorable Ben Hardin, presiding judge of the 23rd District
Court, Brazoria County, Texas, to rule on various motions filed by relator to
enforce a judgment. Relator has failed to establish he is entitled to the
mandamus relief.

We
deny the petition for writ of
mandamus.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Higley.

 











[1]           See
Tex. Gov't Code Ann. § 22.221
(Vernon 2004); see also Tex.R.App.
P. 52.1.